UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| TERRON THOMPSON, | ) | CASE NO. C08-1841-RSM-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| DEPUTY A. THOMPSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court, having reviewed the record, does hereby find and ORDER:

(1) Defendant Officer K. Rongen has not timely returned the request for waiver of service of summons. (*See* Dkt. 8.) Defendant Rongen is ORDERED to show cause within **fourteen (14) days** of the date of this Order explaining why the Court should not direct that he be served personally and why the cost of personal service should not be assessed pursuant to Federal Rule of Civil Procedure 4(d).

(2) The Clerk is directed to send copies of this Order to plaintiff and counsel of record.

DATED this 26th day of March, 2009.

                                            s/ Mary Alice Theiler
                                            United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -1