UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRON THOMPSON, | CASE NO. C08-1841-RSM |
| Plaintiff, | |
| v. | |
| DEPUTY A. THOMPSON, et al., | ORDER DISMISSING § 1983 ACTION |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motions for summary judgment (Dkts. 27 and 30) are GRANTED;

(3) Plaintiff's complaint and this action are DISMISSED without prejudice; and

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 25th day of February, 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 1983 ACTION
PAGE -1